No. 84–838. GEORGE *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 84–840. KASHETTA *v.* KASHETTA. Super. Ct. Pa. Certiorari denied.

No. 84–841. KASHETTA *v.* KASHETTA. Super. Ct. Pa. Certiorari denied.

No. 84–844. HOME PLACEMENT SERVICE, INC. *v.* PROVIDENCE JOURNAL CO. C. A. 1st Cir. Certiorari denied.

No. 84–845. ARVANIS, DBA INDUSTRIAL CONTRACTORS, ET AL. *v.* NOSLO ENGINEERING CONSULTANTS, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–847. GREEN *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 84–857. NATIONAL LOSS CONTROL SERVICE CORP. *v.* CANIPE. C. A. 5th Cir. Certiorari denied.

No. 84–862. WEISS *v.* GILL ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 84–863. GRIFFITH ET UX. *v.* MONTGOMERY COUNTY, MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 84–865. GERO *v.* PIRES ET AL. C. A. 1st Cir. Certiorari denied.

No. 84–868. PUERTO RICO AQUEDUCT AND SEWER AUTHORITY *v.* PAUL N. HOWARD CO. ET AL. C. A. 1st Cir. Certiorari denied.

No. 84–872. AVCO CORP. *v.* PRECISION AIR PARTS, INC. C. A. 11th Cir. Certiorari denied.

No. 84–876. BATISTE, AKA WILLIAMS *v.* GEORGIA. Ct. App. Ga. Certiorari denied.